AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>STARZYNSKI, JAMES S. | 2. Court or Organization<br><br>District of New Mexico | 3. Date of Report<br><br>08/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>P.O. Box 546<br>Albuquerque, NM 87103-0546 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, sole shareholder and employee | James S. Starzynski, P.A., fka Starzynski & Strauser, P.A., fka Francis & Starzynski, P.A. Firm not in business. |
| 2. | Member | American Bankruptcy Institute |
| 3. | Member | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | Co-trustee of trust | Trust # 1 |
| 6. | Personal representative: apptd 23 Oct 06 | Informal probate estate ███████, Bernalillo County Probate Court, NM ███████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/14/98 | James S. Starzynski, P.A. for disposition of remaining assets of corporation (1990 written agreement or subsequent informal agreement with (cont'd. Part 8) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 08/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **STARZYNSKI, JAMES S.** | 08/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage (bought ABN-Amro Mortgage Group, Inc.) | Mortgage on rental property, ABQ, NM | L |
| 2. | CitiMortgage | Mortgage ▓▓▓▓ now for sale or rent, ABQ, NM | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 08/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Windsor II mutual fund stock | B | Dividend | J | T | | 06/29/11 | M | | |
| 2. --Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 12/27/11 | J | | |
| 3. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 01/04/11 | K | | |
| 4. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 07/08/11 | J | | |
| 5. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 07/11/11 | J | | |
| 6. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 08/29/11 | K | | |
| 7. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 09/19/11 | K | | |
| 8. --Vanguard Windsor II mutual fund stock | | | M | T | Distributed (part) | 10/06/11 | K | | |
| 9. --Vanguard Windsor II mutual fund stock | | | L | T | Distributed (part) | 10/25/11 | K | | |
| 10. --Vanguard Windsor II mutual fund stock | | | K | T | Distributed (part) | 11/01/11 | L | | |
| 11. --Vanguard Windsor II mutual fund stock | | | J | T | Distributed (part) | 12/06/11 | J | | |
| 12. Vanguard Windsor II mutual fund | A | Dividend | J | T | | 06/29/11 | J | | |
| 13. --Vanguard Windsor II mutual fund stock | A | Dividend | J | T | | 12/27/11 | J | | |
| 14. (FNIC) Fidelity Advisor Growth Opportunities Class A mut | | None | J | T | none | | | | |
| 15. (FNIC) Fidelity Adv'r(Focus) Health Care Class A mut fun | | None | J | T | none | | | | |
| 16. (FNIC) Fidelity Adv'r Intl Cap. Appreciation Class A mut fun | | None | J | T | none | | | | |
| 17. PERA of NM Deferred Comp | | None | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STARZYNSKI, JAMES S. | 08/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PERA of NM Money Plan | | None | K | T | None | | | | |
| 19. Flat, Newmarket, Suffolk, England (now own 1/2) | D | Rent | M | W | None | | | | Filer and other (see VIII) |
| 20. ░░░ Estates rental agency account (same as # 13) | D | Rent | K | T | None | | | | Filer and other (see VIII) |
| 21. Rental house#1 in ABQ, NM - 23 Aug 2002 - $108,000 | D | Rent | M | R | None | | | | See Part VIII |
| 22. Rental house#2 in ABQ, NM -5 Mar 2004 - $399,000 | E | Rent | N | R | | | | | See Part VIII |
| 23. Compass Bank acct #2 ░░░ | | None | J | T | Closed | 12/16/10 | J | | See Part VIII |
| 24. Compass Bank acct #5 ░░░ | | None | J | T | | | | | See Part VIII |
| 25. Compass Bank acct #6 ░░░ | | None | J | T | Closed | 12/16/10 | J | | See Part VIII |
| 26. Bank of ABQ 2006 probate acct #1 ░░░ (trust asset) | | None | J | T | | | | | See Part VIII |
| 27. Southern Co. (trust asset) | A | Dividend | K | T | | 03/05/11 | | | See Part VIII |
| 28. Southern Co. (trust asset) | A | Dividend | K | T | | 06/06/11 | | | See Part VIII |
| 29. Southern Co. (trust asset) | A | Dividend | K | T | | 09/06/11 | | | See Part VIII |
| 30. Southern Co. (trust asset) | A | Dividend | K | T | | 12/06/11 | | | See Part VIII |
| 31. Omega Flex Inc. (trust asset) | | None | J | T | | | | | See Part VIII |
| 32. Visteon Corporation (trust asset) | | None | J | T | | | | | See Part VIII |
| 33. Land in Bernalillo County, NM (trust asset) $10,000 | | None | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II (Agreements): (cont.) former co-shareholder in firm.

Part VII (Investments and Trusts), lines 19 and 20 (flat, Newmarket, Suffolk, England, together with associated rental receipts and expenditures account held by ▨ Estates): Flat transferred in CY 2005 (see Self Initiated Amendment [letter] dated May 30, 2007 to the Committee) from estate heir to filer and one other family member in equal shares who continue to hold the property jointly. My reports have continuously identified the method of valuation as "estimated". In CY 2006, filer obtained from the rental agency (which also functions as a real estate brokerage/sales office) an expert estimate of the value of the real estate, which value, was within the range of $100,000 to $250,000 for the filer. All values shown are for the filer's 1/2 interest. Rent is paid monthly by renters, and is currently about $1,400/month ▨

Part VIII (Investments and Trusts), line 21: rent is paid monthly -- $750.

Part VII (Investments and Trusts), line 22 (on CY 2010 report, was on line 24): Another ▨ purchased on June 17, 2009, so this one became a non-residence. In consultation with a real estate agent, we estimate the value is about $500,000. This is the property liability listed in Part VI, #2. Income from this rental property is being deposited in Compass checking acct #5 ▨ Rent is paid montly, currently $1200.

Part VII (Investments and Trusts), line 23: Compass checking acct #2 ▨ was the account into which the rental proceeds from the ABQ, NM rental property #1 (line 19; see Part VI, #1) were deposited. The funds in that account were periodically withdrawn to pay expenses incurred in connection with the rental property and occasionally for deposit into another checking account (Compass checking acct # 5 ▨ On December 16, 2009, the account was closed and the balance of $129 was transferred to Compass checking acct #5 ▨ listed on line 24. An amendment to the CY 2009 report (filed in CY 2010) is being filed.

Part VII (Investments and Trusts), line 24: Compass checking acct #5 ▨ is the one remaining Compass checking account still open of the six that were open at one time. This account had been randomly designated as the "5th".

Part VII (Investments and Trusts), line 25: Compass checking acct #6 ▨ was another smll account. On December 16, 2009, the account was closed and the balance of $29 was transferred to Compass checking acct #5 ▨ , listed on line 22. An amendment to the CY 2009 report (filed in CY 2010) is being filed.

Part VII (Investments and Trusts), line 26: Bank of ABQ 2006 probate acct #1 ▨ used for deposit of funds from liquidation of estate, for periodic distributions to estate heirs (none in CY2011), and payment of expenses of estate.

Part VII (Investments and Trusts), line 27: (Southern Company) -- values determined by consulting, on 05/13/2011, historical stock prices chart at company website.

Part VII (Investments and Trusts), line 31: (Omega Flex, Inc.) -- values determined by consulting, on 05/13/2011, historical stock prices chart at company website.

Part VII (Investments and Trusts), line 32: (Visteon) -- values determined by consulting, on 05/13/2011, historical stock prices chart at company website.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. STARZYNSKI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544